UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

United States of America,  )  Case No. CR 17-592 WHA
            )
    Plaintiff,    )  STIPULATED ORDER EXCLUDING TIME
        v.    )  UNDER THE SPEEDY TRIAL ACT
Donald MacCord    )
~~and Shannon Doyle~~    )  FILED
            )  DEC 15 2017
    Defendant.    )  SUSAN Y. SOONG
            CLERK, U.S. DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA

For the reasons stated by the parties on the record on 12/15/17, the Court excludes time under the Speedy Trial Act from 12/15/2017, to 1/9/2017, and finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The Court makes this finding and bases this continuance on the following factor(s):

____  Failure to grant a continuance would be likely to result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(i).

____  The case is so unusual or so complex, due to [*check applicable reasons*] ____ the number of defendants, ____ the nature of the prosecution, or ____ the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by this section. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

__X__  Failure to grant a continuance would deny the defendant reasonable time to obtain counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

____  Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, given counsel's other scheduled case commitments, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

__X__  Failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

DATED: 12/15/2017

_____
United States Magistrate Judge

STIPULATED: _____    _____
    Attorney for Defendant        Assistant United States Attorney (Benjamin Kingsley)