DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

BENJAMIN KINGSLEY (CABN 314192)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6937
FAX: (415) 436-7234
Benjamin.Kingsley@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> DONALD MACCORD, <br> Defendant. | CASE NO: CR 17-592 WHA <br><br> STIPULATION TO UNSEAL AND [~~PROPOSED~~] ORDER |

The United States, by its undersigned counsel, and defendant, by his undersigned counsel, hereby stipulate and agree to the following:

Because defendant was cooperating, the plea agreement in this case was originally filed under seal and sentencing was scheduled to be conducted under seal. Defendant's cooperation has completed and the parties agree that further sealing is unnecessary. The parties thus jointly request that the plea

//
//
//
//
//

STIPULATION TO UNSEAL AND [~~PROPOSED~~] ORDER

1 | agreement dated September 11, 2018, be unsealed, and that the sentencing hearing be unsealed as well.
2 | IT IS SO STIPULATED.
3 | DATED: March 26, 2018

_____
BENJAMIN KINGSLEY
Assistant United States Attorney

_____
MARK GOLDROSEN
Counsel for Defendant Donald MacCord

STIPULATION TO UNSEAL AND [~~PROPOSED~~] ORDER

**[PROPOSED] ORDER**

Based upon the foregoing request, the Court hereby **ORDERS** that the plea agreement dated September 11, 2018, be unsealed, and that the sentencing hearing in this case be unsealed.

DATED: March ___, 2019

_____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiffs,

  v.

DONALD MACCORD,

        Defendants.

Case No.: 17-cr-00592-WHA-1

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that:

(1)    I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2)    On 3/26/2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

Benjamin Kingsley
United States Attorney's Office Criminal Division
450 Golden Gate Ave
11th Floor
San Francisco, CA 94102

Mark Stuart Goldrosen
Law Offices of Mark S. Goldrosen
255 Kansas Street
Suite 340
San Francisco, CA 94103

Dated: 3/26/2019

Susan Y. Soong
Clerk, United States District Court

By: [signature]
Theresa Hoang, Deputy Clerk to
the Honorable William Alsup

Service_Certificate_CRD
rev. August 2018